PROB 12A
(7/93)

# United States District Court

for

District of Guam
FILED
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Zachary Richard Ulloa Camacho**  Case Number: **CR 98-00272-001**

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence:    September 12, 2002

Original Offense: Count I: Conspiracy to Import Crystal Methamphetamine aka "Ice", in violation of 21 U.S.C. 952(a), 960, and 963; Count V: Use of a Communication Facility in Commission of a Felony, in violation of 21 U.S.C. 843(b).

Original Sentence: 60 months imprisonment for Count I and 48 months for Count V to run concurrently followed by a 60 month term of supervised release with conditions to include: not commit another federal, state, or local crime; not possess a firearm or other dangerous weapon; refrain from any unlawful use of a controlled substance; comply with standard conditions of supervised release; refrain from the use of any and all alcoholic beverages; be evaluated for substance abuse treatment program approved by the U.S. Probation Office, if it is determined that he is in need of services then he shall participate in a substance abuse treatment program for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; undergo a metal health assessment and treatment, if recommended and make a co-payment for treatment at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; perform 200 hours of community service; and pay a $200 special assessment fee.

Type of Supervision: Supervised release    Date Supervision Commenced: June 16, 2006

### NONCOMPLIANCE SUMMARY

Violation Number    Nature of Noncompliance





ORIGINAL

Mr. Camacho has been ordered to submit to a substance abuse assessment and if necessary participate in a substance abuse program approved by the U.S. Probation Office which will include testing. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen was completed and Mr. Camacho scored a zero (0) confirming there is no need for treatment at this time. Mr. Camacho will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 6/28/06

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: 6/28/06

## THE COURT ORDERS

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition of Term of Supervision

[ ] Submit a Request for Warrant or Summons

[X] Other   No action to be taken.

RECEIVED
JUN 30 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
WM. FREMMING NIELSEN, Designated Judge

July 6, 2006
Date