# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ZACHARY R.U. CAMACHO<br>　　　　Defendant. | CRIMINAL CASE NO. 98-00272-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this _____ day of October 2006.

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

## ORDER

On the application of U.S. Probation Officer Specialist Carmen D. O'Mallan, the Clerk of Court is hereby ordered to release the passport ~~belonging~~ to the defendant, Zachary R.U. Camacho.

Dated this 18th day of October 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam



RECEIVED
OCT - 6 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM